**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **SHELLIE SCHROEDER,** | ) | |
| | ) | |
| Plaintiff, | ) | 3:17-cv-00448-slc |
| | ) | |
| v. | ) | Magistrate Judge Crocker |
| | ) | |
| **NATIONAL CREDIT ADJUSTERS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT

Plaintiff, SHELLIE SCHROEDER, has requested that the Clerk of this Court enter a default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, NATIONAL CREDIT ADJUSTERS, LLC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this __15th__ day of __August__, 2017.

                                                 s/L. Kamke, Deputy Clerk
                                               Peter Oppeneer, Clerk of Court